**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Arvette Benson <br> <div align="center">Debtor(s)</div> | CHAPTER 13 <br><br> BKY. NO. 14-18122 MDC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee and index same on the master mailing list.

                                         Respectfully submitted,

                                         **/s/ Rebecca A. Solarz , Esquire**
                                         Rebecca A. Solarz, Esquire
                                           KML Law Group, P.C.
                                           701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322 FAX (215) 627-7734