United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Arvette Benson  
     Debtor

Case No. 14-18122-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Feb 13, 2018  
                      Form ID: 167    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2018.  
db            +Arvette Benson,    6335 Martins Mill Rd.,    Philadelphia, PA 19111-5321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2018 at the address(es) listed below:

           ANDREW SPIVACK    on behalf of Creditor    U.S. Bank National Association, et. al. paeb@fedphe.com  
           ANN E. SWARTZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee ecfmail@mwc-law.com, ecfmail@mwc-law.com  
           CELINE P. DERKRIKORIAN    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee ecfmail@mwc-law.com  
           JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com  
           MARK MATTHEW BILLION    on behalf of Debtor Arvette Benson markbillion@billionlaw.com, mmb21167@fastpacer.us  
           MARK MATTHEW BILLION    on behalf of Plaintiff Arvette Benson markbillion@billionlaw.com, mmb21167@fastpacer.us  
           MARY JACQUELINE LARKIN    on behalf of    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com  
           MARY JACQUELINE LARKIN    on behalf of Defendant    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com, camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com  
           MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov, james.feighan@phila.gov  
           REBECCA ANN SOLARZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com  
           United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
           WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                           TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Arvette Benson
    Debtor(s)

Case No: 14−18122−mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Reply to Certification of Default filed by CitiGroup Loan Trust

    on: 2/27/18

    at: 10:30 AM

    in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 2/13/18

Timothy B. McGrath
Clerk of Court

92 − 91
Form 167