United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                              Case No. 14-18122-mdc
Arvette Benson                                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 1           Date Rcvd: Mar 29, 2018
                            Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2018.
db             +Arvette Benson,    6335 Martins Mill Rd.,    Philadelphia, PA 19111-5321
cr             +CITIGROUP MORTGAGE LOAN TRUST INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2018                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2018 at the address(es) listed below:
      ANDREW   SPIVACK    on behalf of Creditor    U.S. Bank National Association, et. al. paeb@fedphe.com
      ANN E. SWARTZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
       Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
       ecfmail@mwc-law.com,    ecfmail@mwc-law.com
      CELINE P. DERKRIKORIAN    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
       Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
       ecfmail@mwc-law.com
      JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
       philaecf@gmail.com
      MARK MATTHEW BILLION    on behalf of Debtor Arvette  Benson markbillion@billionlaw.com,
       mmb21167@fastpacer.us
      MARK MATTHEW BILLION    on behalf of Plaintiff Arvette  Benson markbillion@billionlaw.com,
       mmb21167@fastpacer.us
      MARY JACQUELINE LARKIN    on behalf of    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com,
       camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
      MARY JACQUELINE LARKIN    on behalf of Defendant    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com,
       camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
      MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
       karena.blaylock@phila.gov
      REBECCA ANN SOLARZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
       Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                         TOTAL: 12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Arvette Benson<br>            Debtor | CHAPTER 13 |
| Specialized Loan Servicing LLC, as servicer for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee<br>            Movant<br>vs.<br>Arvette Benson<br>            Debtor<br>William C. Miller Esq.<br>            Trustee | NO. 14-18122 MDC<br><br>11 U.S.C. Section 362 |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$9,117.95**, which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 1, 2017 to October 1, 2017 at $1,092.12/month<br>November 1, 2017 to March 1, 2018 at $1,168.67/month |
| Suspense Balance: | $1,093.88 |
| **Total Post-Petition Arrears** | **$9,117.95** |

2. The Debtor shall cure said arrearages in the following manner:

a). Within seven (7) days of the filing of this Stipulation, Debtor shall file an Amended Chapter 13 Plan, including any necessary motions, to include the post-petition arrears of **$9,117.95**. The Amended Plan must include a provision stating that going forward, regular monthly payments will be made through the Plan and paid by the Trustee.

b). Monthly payments due April 1, 2018 will resume through the plan in the amount of $1,168.67 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

c). Movant shall file an Amended or Supplemental Proof of Claim to include the post-petition arrears of **$9,117.95** along with the pre-petition arrears;

d). The new 410A form for a Proof of Claim shall not be required for this Amended or Supplemental Proof of Claim.

3. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

4. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

5. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

6. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

7. The parties agree that a facsimile signature shall be considered an original signature.

Date:   March 15, 2018

By: /s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.

Date: 03/22/2018

/s/ Mark M. Billion
Mark Matthew Billion
Attorney for Debtor

Date: 3/28/18

William C. Miller
Chapter 13 Trustee

*without prejudice to any trustee rights or remedies*

Approved by the Court this **29th** day of **March**, 2018. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Magdeline D. Coleman