United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-18122-mdc
Arvette Benson                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jul 30, 2018
                          Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 01, 2018.
13929660        +U.S. Bank National Association, Trustee (See 410),   c/o Specialized Loan Servicing LLC,
               8742 Lucent Blvd, Suite 300,   Highlands Ranch, Colorado 80129-2386

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 28, 2018 at the address(es) listed below:
    ANDREW  SPIVACK    on behalf of Creditor    U.S. Bank National Association, et. al. paeb@fedphe.com
    ANN E. SWARTZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
    Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
    ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
    CELINE P. DERKRIKORIAN    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
    Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
    ecfmail@mwc-law.com
    JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
    philaecf@gmail.com
    MARK MATTHEW BILLION    on behalf of Debtor Arvette  Benson markbillion@billionlaw.com,
    mmb21760@fastpacer.us
    MARK MATTHEW BILLION    on behalf of Plaintiff Arvette  Benson markbillion@billionlaw.com,
    mmb21760@fastpacer.us
    MARY JACQUELINE LARKIN    on behalf of     Upper Darby Belltelco FCU mjlarkin@mklaw.us.com,
    camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
    MARY JACQUELINE LARKIN    on behalf of Defendant    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com,
    camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
    MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
    karena.blaylock@phila.gov
    REBECCA ANN SOLARZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
    Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
    bkgroup@kmllawgroup.com
    United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com                          TOTAL: 12

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18122-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Arvette Benson
6335 Martins Mill Rd.
Philadelphia PA 19111

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/28/2018.

Name and Address of Alleged Transferor(s):

Claim No. 13: U.S. Bank National Association, Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129

Name and Address of Transferee:

Citigroup  Mortgage  Loan  Trust Inc.
C/O Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    08/01/18

Tim McGrath
**CLERK OF THE COURT**