**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)**

| | |
|---|---|
| In Re: | Case No. 14-18122 |
| ARVETTE BENSON, | Chapter 13 |
| Debtor(s). | |

**PRAECIPE TO WITHDRAW TRANSFER OF CLAIM**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

COMES NOW, Specialized Loan Servicing LLC as servicing agent for Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass-Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee ("Creditor"), by its attorney, and hereby withdraws its Transfer of Claim Other than for Security (Docket No. 99), filed on July 28, 2018, in the above-referenced bankruptcy proceeding. The Transfer of Claim Other than for Security was filed in error.

**PLEASE TAKE FURTHER NOTICE** all Notices and Payments on the above-referenced claim should be directed to:

| **Notices to be sent to:** | **Payments to be sent to:** |
|---|---|
| Specialized Loan Servicing, LLC | Specialized Loan Servicing, LLC |
| 8742 Lucent Blvd, Suite 300 | PO Box 636007 |
| Highlands Ranch, CO 80129 | Littleton, CO 80163 |

DATED: October 11, 2018

/s/ Lisa Cancanon
Lisa Cancanon
Weinstein & Riley, P.S.
Attorney for Creditor
11101 West 120th Avenue #280
Broomfield, CO 80021
Bar ID: 323550
Phone: (303) 539 8600
Fax: (206) 269-3493
Email: lisac@w-legal.com

47739576

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. Sec. 1746 on October 10, 2018, a true and correct copy the foregoing documents was served via electronic means as listed on the Court's ECF noticing system or by regular, first-class mail to the parties listed below:

Debtor(s) via First-Class Mail
Arvette Benson
6335 Martins Mill Rd
Philadelphia, PA 19111

Debtor(s) Counsel via First-Class Mail
MARK MATTHEW BILLION
Billion Law
922 New Road
Suite 2
Wilmington, DE 19805

Trustee via First-Class Mail
JACQUELINE M. CHANDLER
Office of the Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105

U.S. Trustee via First-Class Mail
United States Trustee
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107

/s/ Nikole Montufar
Nikole Montufar
Legal Assistant to Lisa Cancanon

47739576