IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ARVETTE BENSON ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 14-18122 (MDC) |
| **Moving Party** ) | |
| ) | HEARING DATE: **9-25-18 at 11:00 AM** |
| v. ) | |
| ) | |
| ARVETTE BENSON ) | 11 U.S.C. 362 |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about October 30, 2018 in the above matter is APPROVED.

Dated:  November 19, 2018

BY THE COURT:

_Magdeline D. Coleman_
UNITED STATES BANKRUPTCY JUDGE