United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 14-18122-mdc
Arvette Benson                                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1             Date Rcvd: Nov 19, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 21, 2018.
db             +Arvette Benson,    6335 Martins Mill Rd.,    Philadelphia, PA 19111-5321

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 19, 2018 at the address(es) listed below:
              ANDREW   SPIVACK    on behalf of Creditor    U.S. Bank National Association, et. al. paeb@fedphe.com
              ANN E. SWARTZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
               Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               ecfmail@mwc-law.com
              JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              LISA   CANCANON    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
               Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               LisaC@w-legal.com
              MARK MATTHEW BILLION    on behalf of Debtor Arvette   Benson markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MARK MATTHEW BILLION    on behalf of Plaintiff Arvette   Benson markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MARY JACQUELINE LARKIN    on behalf of    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com,
               camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
              MARY JACQUELINE LARKIN    on behalf of Defendant    Upper Darby Belltelco FCU mjlarkin@mklaw.us.com,
               camurray@mklaw.us.com;mdoria@mklaw.us.com;jkane@mklaw.us.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                               TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: ARVETTE BENSON )<br>**Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. )<br>**Moving Party** ) | CASE NO. 14-18122 (MDC) |
| ) | HEARING DATE: **9-25-18 at 11:00 AM** |
| v. ) | |
| ) | |
| ARVETTE BENSON )<br>**Respondent(s)** ) | 11 U.S.C. 362 |
| ) | |
| WILLIAM C. MILLER )<br>**Trustee** ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. and the Debtor in settlement of the Motion For Stay Relief, and filed on or about October 30, 2018 in the above matter is APPROVED.

Dated:   November 19, 2018

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE