UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Arvette Benson                                              Chapter 13

                        Debtor                    Bankruptcy No. 14-18122-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___30th___ day of ___May___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK MATTHEW BILLION
Billion Law
922 New Road
Suite 2
Wilmington, DE 19805

Debtor:
Arvette Benson
6335 Martins Mill Rd.
Philadelphia, PA 19111