United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 14-18122-mdc
Arvette Benson                                                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR              Page 1 of 3            Date Rcvd: May 30, 2019
                          Form ID: pdf900           Total Noticed: 60

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.

```
db             +Arvette Benson,    6335 Martins Mill Rd.,    Philadelphia, PA 19111-5321
cr             +BANK OF AMERICA, N.A.,    2380 PERFORMANCE DR,    RICHARDSON, TX 75082-4333
cr             +CITIGROUP MORTGAGE LOAN TRUST INC.,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr             +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13401956       +Afni, Inc. (Original Creditor:Verizon In,    Po Box 3427,    Bloomington, IL 61702-3427
13401957       +Amc Mortgage Services,    Po Box 11000,    Santa Ana, CA 92711-1000
13401958       +Ar Resources Inc (Original Creditor:Mano,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2207
13401959      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America, N.A.,      4161 Piedmont Pkwy,    Greensboro, NC 27410)
13401962       +Chld/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14172635       +Citigroup Mortgage Loan Trust Inc.,    C/O Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13401966       +Concord Svc,    4150 N. Drinkwater Suite 200,    Scottsdale, AZ 85251-3643
13401967       +Convergent Outsourcing (Original Credito,    800 Sw 39th St,    Renton, WA 98057-4927
13401970       +Four Seasons Investment Inc,    PO BOX 213,    Wynnewood, PA 19096-0213
13416459       +Four Seasons Investments, LLC,    P.O. Box 213,    Wynnewood, PA 19096-0213
13401975       +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
13401976       +Hsbc/Neimn,    Po Box 5253,    Carol Stream, IL 60197-5253
13401977       +Ic Systems Inc (Original Creditor:Advoca,    Po Box 64378,    Saint Paul, MN 55164-0378
13401978       +Interstate Credit & Co (Original Credito,    21 W Fornance St,    Norristown, PA 19401-3300
13401979       +Intrst Ctc (Original Creditor:Medical),    21 West Fornance S,    Norristown, PA 19401-3300
13515713       +Mark M. Billion,    922 New Road, Fl 2,    Wilmington, DE 19805-5199
14051732       +Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13401983       +Reliant Cap (Original Creditor:07 Harcum,    750 Cross Pointe R Suite G,
                 Gahanna, OH 43230-6692
13401984       +Rjm Acq Llc (Original Creditor:Literary,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13463217       +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
13401985       +Sunrise Credit Service (Original Credito,    234 Airport Plaza Blvd S,
                 Farmingdale, NY 11735-3917
13401986       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
13401987       +Tnb - Target,    Po Box 673,    Minneapolis, MN 55440-0673
13401988       +U Of P Federal Cu,    3900 Chestnut St,    Philadelphia, PA 19104-3120
13929660       +U.S. Bank National Association, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13401990        Ud Bell Visa,    Pob 3780,    Harrisburg, PA 17105
13434819        United States Department of Education,    Claims Filing Unit,    P O Box 8973,
                 Madison, WI  53708-8973
13401993       +Us Dept Of Ed/Glelsi,    Po Box 7860,    Madison, WI 53707-7860
13491195       +Wells Fargo Bank,    PO Box 63491 MAC A0143-042,    San Francisco, CA 94163-0001
14177049       +William E. Craig, Esquire,    Morton & Craig, LLC,    110 Marter Ave.,    Suite 301,
                 Moorestown, NJ 08057-3125
13401994        Xerox Soluti (Original Creditor:04 Phila,    Pob 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov May 31 2019 02:58:06     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 31 2019 02:57:28
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 31 2019 02:57:47     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov May 31 2019 02:58:06     City of Philadelphia,
                 Law Revenue Bureau,    c/o Megan N. Harper, Esquire,    1401 John F. Kennedy Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
NONE           +E-mail/Text: rich@udbell.org May 31 2019 02:57:45     Upper Darby Belltelco FCU,
                 1410 Bywood Avenue,    Upper Darby, PA 19082-3720
13409869        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:03:17
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK  73124-8848
13450930        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 31 2019 03:03:17
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
13480127        E-mail/Text: megan.harper@phila.gov May 31 2019 02:58:05     City of Philadelphia,
                 Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
13401960       +E-mail/Text: bankruptcy@cavps.com May 31 2019 02:57:44
                 Cavalry Portfolio Serv (Original Credito,    500 Summit Lake Dr,    Valhalla, NY 10595-1340
13456587       +E-mail/Text: bankruptcy@cavps.com May 31 2019 02:57:44     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13401961       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 02:57:08     Cb/Limited,
                 Po Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0313-2            User: DonnaR                Page 2 of 3              Date Rcvd: May 30, 2019
                                Form ID: pdf900             Total Noticed: 60
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13401963       +E-mail/Text: bankruptcy@philapark.org May 31 2019 02:58:15      City of Philadelphia,
                 P.O. Box 41818,    Philadelphia, PA 19101-1818
13401964       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 02:57:09      Comenity Bank/Lnbryant,
                 Po Box 182789,    Columbus, OH 43218-2789
13401965       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 31 2019 02:57:09      Comenity Bank/Nwyrk&Co,
                 220 W Schrock Rd,    Westerville, OH 43081-2873
13401968       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 31 2019 02:58:19
                 Credit Coll (Original Creditor:06 Progre,    Po Box 9134,    Needham, MA 02494-9134
13401971       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:43      Gecrb/Jcp,    Po Box 965007,
                 Orlando, FL 32896-5007
13401972       +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:45      Gecrb/Lord & Tay,    Po Box 965015,
                 Orlando, FL 32896-5015
13401973       +E-mail/Text: bankruptcy@sccompanies.com May 31 2019 02:58:24      Ginnys,   1112 7th Ave,
                 Monroe, WI 53566-1364
13401980       +E-mail/Text: bankruptcydpt@mcmcg.com May 31 2019 02:57:30
                 Midland Funding (Original Creditor:Targe,    8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13401981       +E-mail/Text: bankruptcy@sccompanies.com May 31 2019 02:58:24      Monroe And Main,
                 1112 7th Ave,    Monroe, WI 53566-1364
13401982       +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 31 2019 03:03:02      Regional Acceptance Co,
                 621 W Newport Pike,    Wilmington, DE 19804-3235
13412838        E-mail/PDF: RACBANKRUPTCY@BBANDT.COM May 31 2019 03:03:02      Regional Acceptance Corporation,
                 PO Box 1847,    Wilson, NC 27894-1847
13401989       +E-mail/Text: rich@udbell.org May 31 2019 02:57:45      Ud Bell Fcu,    1410 Bywood Ave,
                 Upper Darby, PA 19082-3720
13401992       +E-mail/Text: rich@udbell.org May 31 2019 02:57:45      Upper Darby Belltelco,    1410 Baywood Ave,
                 Upper Darby, PA 19082-3720
13401991       +E-mail/Text: rich@udbell.org May 31 2019 02:57:45      Upper Darby Belltelco,
                 1410 Bywood Drive,    Upper Darby, PA 19082-3720
                                                                                               TOTAL: 25

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14104470*      +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                 8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13401969      ##+Equity One,    301 Lipponcott Dr,    Marlton, NJ 08053-4197
13401974      ##+Homewardres,    1525 S Beltline,    Coppell, TX 75019-4913
                                                                                   TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                 Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
```
          ANDREW   SPIVACK    on behalf of Creditor    U.S. Bank National Association, et. al. paeb@fedphe.com
          ANN E. SWARTZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
           Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
           ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
           Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
           ecfmail@mwc-law.com
          JACQUELINE M. CHANDLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
```

```
District/off: 0313-2          User: DonnaR              Page 3 of 3              Date Rcvd: May 30, 2019
                              Form ID: pdf900           Total Noticed: 60


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              LISA   CANCANON    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed Pass
               Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               LisaC@w-legal.com
              MARK MATTHEW BILLION    on behalf of Debtor Arvette   Benson markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MARK MATTHEW BILLION    on behalf of Plaintiff Arvette   Benson markbillion@billionlaw.com,
               mmb21167@fastpacer.us
              MARY JACQUELINE LARKIN    on behalf of Defendant    Upper Darby Belltelco FCU
               mjlarkin@ohaganmeyer.com,    jpitner@ohaganmeyer.com
              MARY JACQUELINE LARKIN    on behalf of    Upper Darby Belltelco FCU mjlarkin@ohaganmeyer.com,
               jpitner@ohaganmeyer.com
              MEGAN N. HARPER    on behalf of Creditor    City of Philadelphia megan.harper@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Citigroup Mortgage Loan Trust Inc., Asset-Backed
               Pass Through Certificates, Series 2007-AMC1, U.S. Bank National Association, as Trustee
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
               ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 15
```

UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Arvette Benson					Chapter 13

				Debtor		Bankruptcy No. 14-18122-MDC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this ___30th___ day of ___May___, 2019, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK MATTHEW BILLION
Billion Law
922 New Road
Suite 2
Wilmington, DE 19805

Debtor:
Arvette Benson
6335 Martins Mill Rd.
Philadelphia, PA 19111